# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES, LP, CROSSTEX LIG, LLC, AND CROSSTEX PROCESSING SERVICES, LLC

NO.  2022 CW 0903

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL

**OCTOBER 11, 2022**

---

In Re:   Texas  Brine  Company,  LLC,  applying  for  supervisory writs,  23rd  Judicial  District  Court,  Parish  of Assumption, No. 34202.

---

**BEFORE:   GUIDRY, McDONALD, AND WOLFE, JJ.**

**WRIT DENIED.**

**JMG**
**JMM**

**Wolfe,  J.,**  concurs.   The  criteria  set  forth  in  **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

COURT OF APPEAL, FIRST CIRCUIT

<u>DEPUTY CLERK OF COURT</u>
FOR THE COURT